IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CANDICE ROSS,** *et al.*,

    **Plaintiffs,**

    vs.                                    Civil Action 2:10-CV-1098
                                           Judge Frost
                                           Magistrate Judge King

**CHOICE HOTELS INTERNATIONAL,
INC.,** *et al.*,

    **Defendants.**

<u>**ORDER**</u>

    On April 20, 2012, defendant Choice Hotels International, Inc. ("Choice Hotels") filed a motion seeking an order directing plaintiffs to file certain material attached to and/or referred to in their memorandum in opposition to the motion for summary judgment of Choice Hotels under seal.  Doc. No. 63.  For good cause shown, this motion, which is apparently unopposed,[1] is **GRANTED**.  The Clerk is **DIRECTED** to accept plaintiffs' memorandum in opposition to the motion for summary judgment and attached exhibits, if any, for filing under seal.  Plaintiffs are **ORDERED** to file a redacted version of the memorandum in opposition as soon as practicable after filing the memorandum under seal.

<u>April 23, 2012</u>                                    <u>*s/Norah McCann King*</u>
                                                         Norah McCann King
                                              United States Magistrate Judge

---

[1] Choice Hotels filed this motion at 5:07 p.m. Eastern Standard Time on April 20, 2012.  This morning, counsel for plaintiffs and Choice Hotels called the assigned district judge's chambers and asked for a ruling on this motion.